# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **DIMITAR PETLECHKOV**, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-2073-JTF-atc |
| | ) | |
| **FEDEX CORPORATION and** | ) | |
| **MERRICK B. GARLAND,** | | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Directing Clerk To Modify The Docket, Dismissing Complaint With Prejudice, Denying Leave To Amend, Denying All Pending Motions, Certifying That An Appeal Would Not Be Taken in Good Faith, Notifying Petlechkov Of The Appellate Filing Fee, Recommending This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), And Dismissing Case, which was docketed on September 11, 2023, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

**September 11, 2023**
DATE